MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
ELLIOT T. ANDERSON
Nevada Bar No. 14025
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel:      (702) 792-3773
Email:  ferrariom@gtlaw.com
              andersonel@gtlaw.com
*Attorneys for Starbucks Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUNSET INTERCHANGE, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> STARBUCKS CORPORATION, a Washington corporation, <br><br> Defendants. | Case No. 2:26-cv-01796-RFB-DJA <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT (ECF NO. 1-1)** <br><br> **(FIRST REQUEST)** |

Plaintiff Sunset Interchange, LLC ("Sunset" or "Plaintiff") and Defendant Starbucks Corporation ("Starbucks" collectively with Sunset, the "Parties"), by and through their respective counsel, pursuant to and in compliance with LR IA 6-1, stipulate to extend the deadline for Defendant to file its response to Plaintiff's Complaint (ECF No. 1-1).  This is the First Request to extend the time to respond to the Complaint.

The Parties hereby stipulate to the following:

1.      Sunset filed a Complaint (the "Complaint") in the above-captioned case on May 4, 2026 in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-26-945632-C (ECF No. 1).

2.      Starbucks filed its Notice of Removal of Action Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 on June 11, 2026 (ECF No. 1), which includes the Complaint (1-1).

3.      The current deadline for Starbucks to respond to the Complaint after its Notice of Removal of Action, pursuant to FRCP 81(c)(2)(C), is June 18, 2026.

1

4.    The Parties stipulate that Starbucks will have up to and including August 3, 2026, to respond to the Complaint.

5.    This is the Parties' first request to amend the deadline for the response to the Complaint.

6.    This Stipulation is made in good faith and not for an improper purpose or to delay. Rather, the Parties seek this continuance to determine whether the Parties can settle the case prior to litigation proceeding further.

**IT IS SO STIPULATED.**

Dated this 15th day of June, 2026.

**GREENBERG TRAURIG, LLP**                    **MAIER GUTIERREZ & ASSOCIATES**


_/s/ Elliot T. Anderson_                              _/s/ Sophia A. Romero_
MARK E. FERRARIO, ESQ.                    JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 1625                              Nevada Bar No. 9046
ELLIOT T. ANDERSON                          SOPHIA A. ROMERO, ESQ.
Nevada Bar No. 14025                            Nevada Bar No. 12446
10845 Griffith Peak Drive, Suite 600        8816 Spanish Ridge Avenue
Las Vegas, Nevada 89135                        Las Vegas, Nevada 89148

_Attorneys for Starbucks Corporation_        _Attorneys for Plaintiff_

### ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Parties' stipulation to extend the deadline for Defendant to file its response to Plaintiff's Complaint (ECF No. 001) is hereby GRANTED. The date for Defendant to file its response to the Complaint will be extended to August 3, 2026.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 6/17/2026

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
(702) 792-3773
(702) 792-9002 (fax)

| | |
|---|---|
| **From:** | Sophia Romero |
| **To:** | Anderson, Elliot (Assoc-LV-LT) |
| **Cc:** | Shaffer, Mark E. (Shld-NVA-LT); Flintz, Andrea (LSS-LV-LT); Joseph Gutierrez; Karlyn Carlisi |
| **Subject:** | RE: Starbucks Summons |
| **Date:** | Monday, June 15, 2026 2:35:49 PM |
| **Attachments:** | image001.png |

You  may affix my electronic signature.

Thank you,

**Sophia A. Romero | Of Counsel**
**Maier Gutierrez & Associates**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel: 702.629.7900 | Fax: 702.629.7925
sar@mgalaw.com | www.mgalaw.com

**From:** andersonel@gtlaw.com <andersonel@gtlaw.com>
**Sent:** Monday, June 15, 2026 2:23 PM
**To:** Sophia Romero <sar@mgalaw.com>
**Cc:** shaffermar@gtlaw.com; flintza@gtlaw.com; Joseph Gutierrez <jag@mgalaw.com>; Karlyn Carlisi <ksc@mgalaw.com>
**Subject:** RE: Starbucks Summons

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Sophia, please see an updated draft marrying up the date to August 3, 2026.  Please let us know if we may affix your e-signature and put on file.  Thank you.

**Elliot Anderson**
Associate

Greenberg Traurig, LLP
Suite 600 | 10845 Griffith Peak Drive | Las Vegas, Nevada 89135
T +1 702.792.3773 C +1 702.827.9068
andersonel@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

**GT** GreenbergTraurig

Albany. Amsterdam. Atlanta. Austin. Boston. Berlin*. Charlotte. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London*. Long Island. Los Angeles. Mexico City*. Miami. Milan*. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Portland. Sacramento. Salt Lake City. San Francisco. Seoul*. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv*. Tokyo*. Warsaw*. Washington, D.C. West Palm Beach. Westchester County.

*Berlin: Greenberg Traurig's Berlin Office is operated by Greenberg Traurig Germany, an affiliate of Greenberg Traurig, P.A. and Greenberg Traurig, LLP.; London: Operates as a separate UK registered legal entity; Mexico City: Operates as Greenberg Traurig, S.C.; Milan: Greenberg Traurig's Milan office is operated by Greenberg Traurig Santa Maria, an affiliate of Greenberg Traurig, P.A. and Greenberg Traurig, LLP; Seoul: Operated by Greenberg Traurig LLP Foreign Legal Consultant Office; Tel Aviv: A branch of Greenberg Traurig, P.A., Florida, USA; Tokyo: Greenberg Traurig's Tokyo Office is operated by GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubengoshi Jimusho, affiliates of Greenberg Traurig, P.A. and Greenberg Traurig, LLP; Warsaw: Operates as GREENBERG TRAURIG Nowakowska-Zimoch Wysokiński sp.k.